UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY                           07 CV 6451 (LLS)
DISTRICT COUNCIL OF CARPENTERS                         ECF CASE
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,                  **DEFAULT JUDGMENT**
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

                                    Plaintiffs,

         -against-

KEY MECHANICAL INC.,

                                    Defendant.
-------------------------------------------------------------------X

This action having been commenced on July 16, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Key Mechanical Inc. on July 20, 2007 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on July 27, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on September 4, 2007, it is

2

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,400.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,185.00 for a total of $3,585.00 and that Key Mechanical Inc. and its officers are ordered to produce any and all books and records relating to Key Mechanical Inc. for the period of September 29, 2006 through May 3, 2007.

Dated: _____
      New York, New York

                                                                                    _____
                                                                                    Honorable Louis L. Stanton
                                                                                    United States District Judge

                                                                                    This document was entered on the docket on _____.