STATE OF NEW YORK      )
                                        :SS.:
COUNTY OF NEW YORK   )

IAN K. HENDERSON, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside in Queens, New York.  On the 6th day of September, 2007, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:    Key Mechanical Inc.
        10 East 33rd Street, 9th Floor
        New York, NY 10016

_____
IAN K. HENDERSON

Sworn to before me this
6th day of September, 2007

_____
NOTARY PUBLIC

**ANDREW GRABOIS**
**Notary Public, State of New York**
**No. 02GR6127051**
**Qualified in New York County**
**Commission Expires May 23, 20 07**